| | |
|---|---|
| **From:** | Barry Hair <bhair@chslaw.com> |
| **Sent:** | Tuesday, October 5, 2021 12:18 PM |
| **To:** | Chris Knudsen |
| **Subject:** | Heim |

Chris,

My client, Wilson Storm Team, LLC consents to removal of the Heim case from state court to Federal court.

Barry Hair
Clark Hair & Smith PC
1000 Urban Center Drive
Suite 125
Birmingham, Al. 35242
Direct Dial 205-397-2906
Receptionist 205-397-2900
Fax 205-397-2901
Cell 205-540-5718

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information, some or all of which may be legally privileged.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, please be advised that any disclosure, copying, distribution, or use of any of the information contained in or attached to this e-mail transmission is prohibited.  If you have received this e-mail transmission in error, please immediately notify us by reply e-mail or via telephone or facsimile, and destroy the original e-mail transmission and its attachments.  Thank you in advance for your cooperation.v