IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, TEXAS

| | |
|---|---|
| SUSAN C. HEIM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| HARLOE DISASTERS, LLC d/b/a § | |
| SERVPRO OF OCONEE/SOUTH § | |
| ANDERSON COUNTIES and § | |
| WILSON STORM TEAM, LLC d/b/a § | |
| SERVPRO OF BIRMINGHAM, § | |
| § | |
| Defendants. § | |

## LIST OF ALL COUNSEL OF RECORD

Pursuant to Local Rule 81, Defendant Harloe Disasters, LLC d/b/a Servpro of Oconee/South Anderson Counties attaches to its Notice of Removal this List of All Counsel of Record:

James Hamilton Foley
Texas Bar No. 24059764
JAMES HAMILTON FOLEY, PLLC
3000 Weslayan Street, Suite 350
Houston, Texas 77027
(713) 256-1986
jhf@jhfoleylaw.com

**Attorney for Plaintiff**


Chris M. Knudsen
Federal Bar No. 432022
Texas Bar No. 24041268
cknudsen@serpejones.com
John S. Serpe
Federal Bar No. 4741
Texas Bar No. 18037400

jserpe@serpejones.com
SERPE JONES ANDREWS
CALLENDER & BELL, PLLC
2929 Allen Parkway, Suite 1600
Houston, Texas 77019
Telephone: (713) 452-4400
Facsimile: (713) 452-4499

**Attorneys for Defendant,**
**Harloe Disasters, LLC d/b/a Servpro**
**of Oconee/South Anderson Counties**