United States District Court
Southern District of Texas
**ENTERED**
April 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUSAN C. HEIM,<br>*Plaintiff,*<br><br>V.<br><br>HARLOE DISASTERS, LLC D/B/A SERVPRO<br>OF OCONEE/SOUTH ANDERSON COUNTIES,<br>ET AL.,<br>*Defendants.* | § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-3286 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 23, 2022 (ECF 20) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. This case is dismissed without prejudice in its entirety.

**SIGNED** at Houston, Texas this ___7th___ day of April, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE